DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————————

S.W.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-37

———————————————————

December 27, 2023

Appeal from the Circuit Court for Hillsborough County; Lawrence M. Lefler, Judge.

Howard L. Dimmig, II, Public Defender, and Jami L. Chalgren, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.